IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINAY RAMAKRISHA REDDI, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. SA-18-CA-919-FB |
| SAN ANTONIO COUNTRY CLUB, | § § § | |
| Defendant. | § § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties on June 28, 2019 (docket #9). The parties advise that all matters in this action have been resolved and jointly ask the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this case with prejudice to refiling with costs and attorneys' fees to be borne by the party incurring same. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Dismiss with Prejudice (docket #9) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of plaintiff's claims against the defendant San Antonio Country Club are DISMISSED WITH PREJUDICE pursuant to the Joint Motion to Dismiss With Prejudice filed on June 28, 2019 (docket #9), with each party to bear his, her, or its own costs and attorneys' fees. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 2nd day of July, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE